IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LISA MARIE FOSTER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **09-669-CJP** |
| **TARGET CORPORATION,** | ) ) ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

All parties have signed a stipulation of dismissal. **(Doc. 20).**

Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice, each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED: May 6, 2010.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**