IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA MARIE FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 09-669-CJP |
| ) | |
| TARGET CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed in accordance with an Order entered by United States Magistrate Judge Clifford J. Proud on May 6, 2010.

Each party to bear its own costs.

**DATED** this 6th day of May, 2010

                                                              NANCY J. ROSENSTENGEL, CLERK

                                                              BY: **S/ Angela Vehlewald**
                                                                      Deputy Clerk

**Approved by    S/ Clifford J. Proud**
                    **United States Magistrate Judge**
                             **Clifford J. Proud**